*UNITED STATES DISTRICT COURT*
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 24  PM 2: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| CATHERINE M. JONES, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| THOMAS J. RIDGE, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | CASE NO: 2:05-2171-B |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on October 18, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

10/24/05
Date

THOMAS M. GOULD
_____
Clerk of Court

_Earline Grayer_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-24-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02171 was distributed by fax, mail, or direct printing on October 24, 2005 to the parties listed.

Catherine M. Jones
6455 Moriah Run, #106
Memphis, TN 38115

Honorable J. Breen
US DISTRICT COURT